**FILED**
**September 20, 2022**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

Henry Joseph Stevens
fed.Reg.No.60316-177

Civil Action No:
7:22-cv-00024-M-BP

Motion For extension of time

I Would like to request a 60 Day
extension of time on this matter
due to Pollock USP is on Lock
down, due to 2 Murder at this
institution (prison) I have no access
to Law library. phones Computer. eef,

therefore I am unable to do proper
research or obtain the proper docments
needed for this matter

Conclusion
please grant this request base on the
above compelling reason

thank you

Henry Stevens

Henry Stevens 6036-177
FCI-OZZ (S.P)
Po Box 2099
Pollock, LA, 71467

RECEIVED

SEP 2 0 2022

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

SHREVEPORT LA  710
15 SEP 2022  PM 3  L

UNITED STATE District Court
Office of The CLERK
NORThern District of Texas
501 West TeNTH St. Room3
FoRT WoRTH, Texas, 76102

LeGAL MAIL

76102-975999