IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| HENRY JOSEPH STEVENS,<br>Fed. Reg. No. 60316-177, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:22-cv-00024-M-BP |
| VERNON TEXAS POLICE DEP'T, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Defendants' Motion to Dismiss (ECF No. 26) is **GRANTED**. Plaintiff's claims against Defendants for violating his civil rights under 42 U.S.C. § 1983 are **DISMISSED with prejudice**, and his tort claim brought under state law is **DISMISSED without prejudice.**

**SO ORDERED** this 24th day of February, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE